# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00366-CV

### Rhonda Yvonne Davila, Appellant

### v.

### Texas Mutual Insurance Company, Appellee

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-000354, THE HONORABLE CATHERINE MAUZY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due August 26, 2019. On appellant's motion, the time for filing was extended to November 25, 2019. Appellant has now filed a second motion, requesting that the Court extend the time for filing appellant's brief. We grant in part the motion for extension of time and order appellant to file a brief no later than January 6, 2020. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a).

It is ordered on December 9, 2019.

Before Justices Goodwin, Baker, and Kelly